JESSIE S. PERKINS, as Executrix of WILLIAM A. SCHENCK, Deceased, Respondent, *v.* JOSEPH MEYER, JR., et al., Appellants.

Submitted February 26, 1951; decided March 9, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 302 N. Y. 139.]

DAE MFG. Co., INC., et al., Appellants, *v.* FRANK A. GALANTE et al., Respondents.

Submitted March 5, 1951; decided March 9, 1951.

Motion for reargument, or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements.   [See 302 N. Y. 607.]